# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE JUSINO,**

                    **Plaintiff,**

**-vs-**                                      **Case No. 6:05-cv-495-Orl-DAB**

**SEARS, ROEBUCK & COMPANY,**

                      **Defendant.**

_____

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on March 6, 2006.

                                                  *David A. Baker*
                                                DAVID A. BAKER
                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record